**Michael SEDDENS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 68729.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 10, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 29, 1996.

Dave Hemingway, Asst. Public Defender,
St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney Gener-
al, Cheryl A. Caponegro, Assistant Attorney
General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and
GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule
24.035 motion for post-conviction relief fol-
lowing an evidentiary hearing. We affirm.
The findings and conclusions of the motion

court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).